NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-7036

MICHAEL S. WARREN,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2302, Judge Bruce E. Kasold.

ON MOTION

ORDER

Upon consideration of Michael S. Warren's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

JAN 2 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Michael S. Warren, Esq.
       James R. Sweet, Esq.

s8

ISSUED AS A MANDATE:    JAN 2 9 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 9 2010

JAN HORBALY
CLERK